UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Salih Ahmed Kasim, | File No. 25-cv-1672 (ECT/DLM) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Caitlin Hurlock, *DA*; Biran Meiton, *DA*; and Mark Empting, *Sheriff Clay Co.*, | |
| Respondents. | |

---

Magistrate Judge Douglas L. Micko issued a Report and Recommendation on May 6, 2025. ECF No. 3. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 3] is **ACCEPTED**.

2. Petitioner Salih Ahmed Kasim's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is **DENIED**.

3. Petitioner Salih Ahmed Kasim's Application to Proceed in District Court without Prepaying Fees or Costs [ECF No. 2] is **DENIED** as **MOOT**.

4. This action is **DISMISSED WITHOUT PREJUDICE**.

5. No certificate of appealability shall issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: June 6, 2025                           s/ Eric C. Tostrud
                                              Eric C. Tostrud
                                              United States District Court